IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>JULIO CESAR CRUZ ESCRIBANO<br><br><br>DEBTOR(S) | CASE NUMBER: **14-05743-ESL**<br><br><br><br>(CHAPTER 7) |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| RESIDENTIAL PROPERTY ROAD 777, KM 1.6, AGUAS BUENAS, P.R. | $32,847.53 | $0.00 | $32,847.53 | $0.00 | $0.00 |

Documents Included: "Acta de Hogar Seguro" (X)

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1) Property has no value or is burdensome to the Estate. No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.

DATED: August 12, 2014

/s/ Noemi Landrau-Rivera
Chapter 7 Trustee
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224
Fax. (787)793-1004

# REGISTRO DE LA PROPIEDAD DE CAGUAS II

HON. LUIS LEON FREIRE

P.O. BOX 9025, CAGUAS, PR 00726-9025                Telefono (787) 743-6154

| | | |
|---|---|---|
| **ENTRADA Nº:** | 4155 | Del año 2012 |
| **ASIENTO Nº :** | 180  Diario 664 | |
| **Presentado el día 19/06/2012** | | a las 13:18 |

Presentante

CRUZ ESCRIBANO, JULIO CESAR

Interesado : CRUZ ESCRIBANO, JULIO CESAR

Naturaleza : Escritura publica      Objeto : ACTA DE HOGAR SEGURO

Escritura: 53 de 18/06/2012

JORGE FIGUEROA ORTIZ

EXENTO DEL PAGO

**VERIFICA EL ESTADO DE TU DOCUMENTO ONLINE:**
www.justicia.pr.gov
www.pr.gov
En estos enlaces busca: Registro de la Propiedad e ingresa número de Asiento y Diario.

# ESTUDIO DE TITULO

CASO: LCDO. ROBERTO FIGUEROA CARRASQUILLO

NOMBRE: JULIO CESAR CRUZ ESCRIBANO

FINCA Número 6204 inscrita al Folio 286 del Tomo 142 de Aguas Buenas, Registro de la Propiedad, Sección II de Caguas.

DESCRIPCION: RUSTICA: Solar radicado en el Barrio Caguitas en el término municipal de Aguas Buenas, P.R., con una cabida superficial de 399.99 metros cuadrados, en lindes por el NORTE: en 21.05 metros con el solar #1 a segregarse de la finca principal, por el SUR: en 19.00 metros con el solar #3 aprobado en el caso 3-68-238-LS, por el ESTE: en 20.09 metros con un camino municipal asfaltado y por el OESTE: en 19.05 metros con la finca principal de la cual se segrega.

TRACTO REGISTRAL: Se segrega de la finca #4243, inscrita al folio 211 del tomo 97 de Aguas Buenas.

DOMINIO: La finca consta inscrita a favor de JULIO CESAR CRUZ ESCRIBANO y EVA ESCRIBANO RAMOS, solteros, en proporción de 50% para cada uno, por compra a Federal Home Loan Mortgage Corporation, por el precio de $22,000.00, según escritura #193, otorgada en San Juan el 30 de mayo de 1986, ante el notario Raúl E. Casanovas Balado, y de la 8va. Inscripción al folio 286 del tomo 142, de Aguas Buenas, finca #6204.

Se declara esta finca dentro de las disposiciones de la Ley #195, como residencia principal y Hogar Seguro, según escritura #53, otorgada en Caguas el 18 de junio de 2012, ante el notario Jorge Figueroa Ortiz, inscrita al folio 149 del tomo 305, Nota Marginal al folio 286 del tomo 142 de Aguas Buenas, finca 6204.

GRAVAMENES: Por su procedencia: LIBRE DE CARGAS.

POR SI:

HIPOTECA en garantía de un pagare por la suma de $66,400.00, intereses al 6.35%, a favor de la Cooperativa de Ahorro y Crédito Aguas Buenas, o a su orden, vencedero el 1 de septiembre de 2020, según escritura #119, otorgada en Aguas Buenas el 19 de agosto de 2005, aclarada por la #117, otorgada en San Juan el 10 de septiembre de 2007, ambas ante el notario Carlos A. Quilinchini Paz, y de la 9na. Inscripción al folio 149 del tomo 305 de Aguas Buenas finca #6204.

MODIFICADA en cuanto al principal que se cancela parcialmente por la suma de $20,190.39, quedando reducida la hipoteca por dicha cantidad (así surge), el interés que será al 6.35% y el vencimiento el 1 de septiembre de 2020, según escritura #33, otorgada en Caguas el 24 de noviembre de 2010, ante el notario Jessica M. Quilinchini Ortiz, y de la 11va. inscripción al folio 149 del tomo 305 de Aguas Buenas, finca #6204.

Revisados: Registros Embargos Estatales, Sentencias, Contribuciones Federales, Ley #12 y Bitácora electrónica, hasta las 9:00 A.M. del día 30 de julio del 2014.

HOY 30 DE JULIO DEL 2014.

LUZ CASTRO COLON
INVESTIGADORA DE TITULOS